IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO:  3:12-CR-370-L |
| | § | |
| JOSE JUSTINO URIETA-PASCUAL | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea

of Guilty, the Consent of Defendant, and the Report and Recommendation Concerning Plea of Guilty

of the United States Magistrate Judge ("Report"), and no objections thereto having been filed within

fourteen days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge

determines  that the Report of the Magistrate Judge concerning the Plea of Guilty should be, and is

hereby **accepted**.  Based upon the Report of the Magistrate Judge, the court finds that Defendant is

fully competent and capable of entering an informed plea, that he is aware of the nature of the charge

and the consequences of the plea, and that his plea of guilty is a knowing and voluntary plea,

supported by an independent basis in fact, containing each of the essential elements of the offense.

Accordingly, the court **accepts** the plea of guilty entered by Defendant Jose Justino Urieta-Pascual

on January 24, 2013, and he is hereby adjudged **guilty** of the offense charged in Count One of the

Indictment, which is a violation of 8 U.S.C. § 1326(a), namely, Illegal Reentry after Removal from

the United States.  Sentence will be imposed in accordance with the court's scheduling order.

**It is so ordered** this 8th day of February, 2013.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge